USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DEANA PLASTINI FEDA,                           :
                                               :
                              Plaintiff,       :
                                               :         1:20-cv-02029-GHW
              -against-                        :
                                               :         ORDER
CITIBANK, NATIONAL ASSOCIATION and             :
EXPERIAN INFORMATION SOLUTIONS,                :
INC.,                                          :
                                               :
                              Defendants.      :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

This action was removed from the Supreme Court of the State of New York, County of New York, on March 6, 2020. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed within the time frame set forth in Fed. R. Civ. P. 38(b). Additionally, Plaintiff's counsel is directed to promptly file a notice of appearance in this case. Defendant Experian Information Solutions, Inc. is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

     SO ORDERED.

Dated: March 10, 2020
New York, New York

                                                                           _____
                                                                           GREGORY H. WOODS
                                                                        United States District Judge